UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-08013-PSG-RAOx | Date | January 19, 2021 |
|---|---|---|---|
| Title | Orlando Garcia v. Sehan Los Angeles, LLC et al | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER DISMISSING ACTION

The Court, having been advised by the Plaintiff that this action has been settled by a Notice of Settlement and Request to Vacate All Currently Set Dates [33], hereby orders all proceedings, if any, vacated and the action dismissed without prejudice.

Further, the Court retains jurisdiction for sixty (60) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

Initials of Preparer   wh