CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Amanda L. Seabock, Esq., SBN 289900
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br> Plaintiff, <br><br> v. <br><br> **Sehan Los Angeles, LLC**, a California Limited Liability Company; **Jacob Yoonsup Hwang**; and Does 1-10, <br><br> Defendants. | **Case No**. 2:20-cv-08013-PSG-RAO <br><br> **Plaintiff's Notice of Motion and Motion to Reopen Case** <br><br> **Date:** June 7, 2021 <br> **Time:** 1:30 p.m. <br> **Ctrm:** 6A (6th Floor) <br><br> Hon. Philip S. Gutierrez |

    Please take notice that on June 7, 2021 at 1:30 pm at the United States Courthouse located at 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California, 90012, Plaintiff Orlando Garcia will, and hereby does, move this Court to order the above captioned matter be reopened and returned to the active calendar.

    Plaintiff hereby moves this court to reopen the above captioned case pursuant to the court's minute order dated January 19, 2021 as well as under

the authority of Federal Rule of Civil Procedure 60(b)(6). The matter was provisionally settled on January 15, 2021. However, despite multiple attempts, and diligent action by the plaintiff, settlement has not been consummated. Thus, Plaintiff moves to have this case reopened and returned to the active calendar so that Plaintiff may prosecute his case and avoid what would otherwise be a manifest injustice.

This Motion is supported by the Declaration of Amanda Seabock, the exhibits attached thereto, the Memorandum of Points and Authorities, and oral argument, if any.

This motion is made following attempts to confer with defense counsel as required by Local Rule 7-3, including leaving voicemail messages and emails, but no cooperation or response has been provided.

Dated: April 20, 2021               CENTER FOR DISABILITY ACCESS

                                    By: /s/ *Amanda Seabock*
                                        Amanda Seabock
                                        Attorney for Plaintiff