1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200,
4  San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
6  Attorneys for Plaintiff

7  MICHAEL S. LEE (SBN: 263239)
8  mikesleelaw@gmail.com
   LAW OFFICES OF MICHAEL S. LEE, P.C.
9  810 E. Pico Blvd., STE. B-17
10 Los Angeles, CA 90021
   Phone: (213) 536-5187
11 Facsimiles: (213) 947-4854
12 Attorney for Defendant Jacob Yoonsup
   Hwang c/o Ship 4u Express
13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>       Plaintiff,<br><br>  v.<br><br>SEHAN LOS ANGELES, LLC, a California Limited Liability Company; JACOB YOONSUP HWANG; and Does 1-10,<br><br>       Defendants. | Case:2:20-CV-08013-PSG-RAO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1  This stipulation is made as the matter has been resolved to the satisfaction of
2  all parties.

5  Dated: May 19, 2021          CENTER FOR DISABILITY ACCESS

7                               By:   /s/Amanda Seabock
                                     Amanda Seabock
                                     Attorney for Plaintiff

11 Dated: May 19, 2021          LAW OFFICES OF MICHAEL S. LEE, P.C.

13                              By:   /s/Michael S. Lee
                                     Michael S. Lee
14                                   Attorney for Defendant
                                     Jacob Yoonsup Hwang

2

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Michael S. Lee, counsel for Jacob Yoonsup Hwang, and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 19, 2021            CENTER FOR DISABILITY ACCESS

                                          /s/Amanda Seabock
                                          Amanda Seabock
                                          Attorney for Plaintiff