CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

MICHAEL S. LEE (SBN: 263239)
mikesleelaw@gmail.com
LAW OFFICES OF MICHAEL S. LEE, P.C.
810 E. Pico Blvd., STE. B-17
Los Angeles, CA 90021
Phone: (213) 536-5187
Facsimiles: (213) 947-4854
Attorney for Defendant Jacob Yoonsup Hwang c/o Ship 4u Express

FILED
CLERK, U.S. DISTRICT COURT
5/20/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

link 37; case already closed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEHAN LOS ANGELES, LLC, a California Limited Liability Company; JACOB YOONSUP HWANG; and Does 1-10,<br><br>　　　　Defendants. | Case:2:20-CV-08013-PSG-RAO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**;<br><br>ORDER |

　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

1  This stipulation is made as the matter has been resolved to the satisfaction of
2  all parties.

5  Dated: May 19, 2021         CENTER FOR DISABILITY ACCESS

                                By: /s/Amanda Seabock
                                    Amanda Seabock
                                    Attorney for Plaintiff

11 Dated: May 19, 2021         LAW OFFICES OF MICHAEL S. LEE, P.C.

                                By: /s/Michael S. Lee
                                    Michael S. Lee
                                    Attorney for Defendant
                                    Jacob Yoonsup Hwang

**IT IS SO ORDERED.**

DATED: 5/20/21

_____
**U.S. DISTRICT JUDGE**

2

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Michael S. Lee, counsel for Jacob Yoonsup Hwang, and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 19, 2021          CENTER FOR DISABILITY ACCESS

                                          /s/Amanda Seabock
                                        Amanda Seabock
                                        Attorney for Plaintiff